UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>GUSTAVO DE AVILA MOREIRA FARINHA (1),<br><br>             Defendant. | Case No. 21-CR-1538-GPC<br><br>**RESTITUTION ORDER AS TO DEFENDANT GUSTAVO DE AVILA MOREIRA FARINHA**<br><br>**[PUBLIC REDACTED VERSION]** |

IT IS HEREBY ORDERED that defendant Gustavo De Avila Moreira Farinha ("Defendant") pay restitution in the amount of $160,344.71 through the Clerk, U.S. District Court. Payment of restitution shall be forthwith. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater. The defendant shall pay the restitution during his supervised release at the rate of $100 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment.

IT IS FURTHER ORDERED that restitution is to be paid to the following victims and distribution is to be made on a pro rata basis.

//

//

| Victim Name in Indictment | Victim Name | Amount | Address |
|---|---|---|---|
| Rideshare Company B | [Redacted] | $ 67,476.53 | [Redacted] |
| Rideshare Company F | [Redacted] | $ 9,041.67 | [Redacted] |
| Delivery Company A | [Redacted] | $ 6,246.83 | [Redacted] |
| Delivery Company C | [Redacted] | $ 33,385.44 | [Redacted] |
| Delivery Company D | [Redacted] | $ 7,048.87 | [Redacted] |
| Delivery Company E | [Redacted] | $ 24,437.55 | [Redacted] |
| Delivery Company G | [Redacted] | $ 12,707.82 | [Redacted] |

IT IS FURTHER ORDERED that Defendant shall be jointly and severally liable to pay restitution with codefendants for the same losses.

IT IS FURTHER ORDERED that until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

**IT IS SO ORDERED.**

Dated:  September 19, 2022

Hon. Gonzalo P. Curiel
United States District Judge